IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION



CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA, FILED

JUL 2 8 2010

JOHN F. CORCORAN, CLERK
BY: _____ DEPUTY CLERK

UNITED STATES OF AMERICA

                            Case No.  5:10-CR-00017

v.

                            **O R D E R**

                            By: Samuel G. Wilson

JOSEPH SCOTT CHAMPION        United States District Judge

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea.

ENTER: July 26th, 2010

_____
United States District Judge